FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Jan 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN THOMAS and JEANA THOMAS, husband and wife,<br><br>       Plaintiffs,<br><br>       v.<br><br>HEARTLAND EXPRESS, INC., an Iowa corporation; ZENON MILRAD and JANE DOE MILRAD, husband and wife; DOES 1-20; ROE CORPORATIONS 1-20,<br><br>       Defendants. | No. 2:20-CV-00082-SAB<br><br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 47. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

//

//

//

//

//

//

**ORDER DISMISSING CASE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 47, is **GRANTED**.

2.  Any pending motions are **DISMISSED** as moot.

3.  This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 31st day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**